# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 6, 2019

159982

WILLIAM McCALLUM,
    Plaintiff-Appellee,

v

MID-MICHIGAN PHYSICIANS, PC,
DR. DOUGLAS VANDERJAGT,
WILLIAM CLARK, PA, and
WILLIAM JORDAN, PA,
    Defendants-Appellants.
_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 159982
COA: 346858
Ingham CC: 17-000113-NH

   On order of the Court, the application for leave to appeal the June 14, 2019 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should now be reviewed by this Court.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 6, 2019



Clerk

a1203